```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Michael K. Sullivan

    v.                                               Civil No. 17-cv-444-LM

N.H. Governor, et al.


O R D E R

Following the issuance of the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 3, 2018 ("R&R"), Sullivan filed document numbers 7 and 8, each captioned as an "amended complaint."  The court has reviewed document numbers 7 and 8 to determine if they impact in any way the result in the R&R, could be construed as objections to the R&R, or are otherwise deserving of further consideration.  They are not.

No objection having been filed, I herewith approve the R&R.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.

1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
United States District Judge

Date: October 18, 2018

cc: Michael K. Sullivan, pro se